**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SIRADJI SARR** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2225** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, WARDEN, PIKE COUNTY CORRECTIONAL FACILITY** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 11th **DAY OF SEPTEMBER 2026**, upon consideration of Petitioner Siradji Sarr's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and his supporting memorandum of law (Docs. 1–2), Petitioner's Motion for Bond Hearing (Doc. 3), Respondent's response (Doc. 9), and Petitioner's Motion for Immediate Release (Doc. 10), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **DENIED**.
2. Petitioner's Motion for Bond Hearing is **DENIED.**
3. Petitioner's Motion for Immediate Release is **DENIED.**
4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge